THE ACQUACKANONK WATER COMPANY, PLAINTIFF-APPELLANT, v. NATIONAL SILK DYEING COMPANY, DEFENDANT-RESPONDENT.

Argued November 9 and 10, 1922—Decided March 13, 1923.

On appeal from the Passaic Circuit Court.

Before Justices KALISCH, BLACK and KATZENBACH.

For the appellant, *Humphreys & Sumner,* and *William B. Gourley.*

For the respondent, *Griggs & Harding,* and *William I. Lewis.*

PER CURIAM.

The judgments in these cases, No. 25, The Acquackanonk Water Co. *v.* National Silk Dyeing Co., No. 26, The Mayor and Aldermen of the City of Jersey City *v.* National Silk Dyeing Co., and No. 28, The Mayor and Aldermen of the City of Jersey City *v.* The Weidmann Silk Dyeing Co., will be affirmed, for the reasons expressed in the opinion of No. 27, The Acquackanonk Water Co. *v.* Weidmann Silk Dyeing Co.

The judgments in the Passaic Circuit Court are affirmed.